UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CLAYTON ANTHONY WALKER, ET AL.

VERSUS

OFFICER RUSS MUNSELL, ET AL.

CIVIL ACTION

NO. 06-867-JJB-SCR

### RULING ON MOTION FOR RULE 54(b) CERTIFICATION

Before the court is a motion by plaintiff for certification (doc. 82) under Fed. Rule Civ. P. 54(b).  The motion is opposed (doc. 85).  There is no need for oral argument.

When multiple claims and parties are involved, the court  "may direct the entry of judgment as to one or more but fewer than all of the claims or parties only upon an express determination that there is no just reason for delay."  Fed. Rule Civ. P. 54(b).  While application of the rule is discretionary, there is "an historic federal policy against piecemeal appeals."  **H & W Industries, Inc. v. Formosa Plastics Corp., USA**, 860 F.2d 172, 175 (5th Cir. 1988).  For that reason, district courts have been instructed to use the procedure sparingly rather than routinely.  **Jasmin v. Dumas**, 726 F.2d 242, 244 (5th Cir. 1984).

In this case, plaintiff has failed to demonstrated that certification under Rule 54(b) would be appropriate.

Accordingly, the motion for certification under Rule 54(b) (doc. 82) is hereby **DENIED**.

Baton Rouge, Louisiana, November 13, 2007.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA